AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| NYKCool A.B. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 12-5754 (LAK) |
| Pacific International Services, Inc., et al | ) | DNJ 2:14-mc-159(ccc) |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 03/18/2014.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 4/7/14

*CLERK OF COURT*

Jennifer Modica
*Signature of Clerk or Deputy Clerk*

RECEIVED
APR 9 - 2014
WALSH, CLERK